IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WENDY REYES, *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. **PJM 20-3565** |
| **THE BOARD OF EDUCATION FOR PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, *et al.*,** | * | |
| Defendants. | * | |

## MEMORANDUM OPINION & ORDER

On March 24, 2021, the Court issued a Memorandum Order directing the parties to confer regarding potential modifications to the Scheduling Order. They have now moved to amend the Scheduling Order, ECF Nos. 15 and 18, after failing to agree on any revisions. For the following reasons, their Motions are **GRANTED IN PART** and **DENIED IN PART**.

The parties do agree that there is no need for discovery in this case and that the Court should advance the deadline for dispositive motions, currently due on August 9, 2021. However, Plaintiffs also seek the Court's expedited consideration of a motion to supplement the record before dispositive motions are filed. Plaintiffs further request a final resolution to the case before the start of the next school year (August 2021).

The parties had until March 9, 2021 to request modifications to the Scheduling Order. The Scheduling Order was issued on February 23, 2021 and Plaintiffs did not timely request any amendment. In fact, Plaintiffs had apparently "concluded that no action would be required." ECF No. 16 at 2. Plaintiffs then waited until March 16—nearly one month after the Scheduling Order issued—to address their scheduling concerns.

1

Accordingly, the Court rejects Plaintiff's sudden urgency and adopts Defendants' proposed schedule with the following modifications:

05/03/21 - Parent's Motion Regarding Additional Evidence

05/17/21 - Board's Opposition to Motion Regarding Additional Evidence

05/21/21 - Parent's Reply

06/01/21 - Parent's Motion for Summary Judgment

07/01/21 - Board's Opposition and Cross-Motion

07/22/21 - Parent's Opposition and Reply

08/12/21 - Board's Reply

## ORDER

For the foregoing reasons, the parties' Motions to Amend the Scheduling Order, ECF Nos. 15 and 18, are **GRANTED IN PART** and **DENIED IN PART**.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

April 8, 2021